STATE OF NEW JERSEY v. VINCENT CALDWELL.

February 1, 1972. Petition for Certification denied.

JOSEPH FELICETTA, SR., *ET AL.* v.
COMMERCIAL UNION INSURANCE CO., *ET AL.*

February 1, 1972. Petition for Certification denied.

STATE OF NEW JERSEY v. EDWARD APPLEGATE, *ET AL.*

February 1, 1972. Petition for Certification denied.